ACCEPTED
06-14-00234-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/27/2015 2:02:01 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00234-CR
## NO. 06-14-00235-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/27/2015 2:02:01 PM
DEBBIE AUTREY
Clerk

| | |
|---|---|
| **MELVIN WAYNE RICHARDSON** | § IN THE COURT OF APPEALS |
| **V.** | § FOR THE SIXTH DISTRICT |
| **STATE OF TEXAS** | § OF TEXAS AT DALLAS |

### SECOND MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW, Melvin Wayne Richardson,** Appellant in the above named cause number, by and through his duly appointed attorney on appeal, and requests that this Court extend the time for filing Appellant's brief from March 30, 2015 to April 29, 2015.

### I.

In trial case number F06-62662, on May 10, 2010, Appellant was pled guilty to the indictment and was convicted in the 195th Judicial District Court in Dallas County, Texas of aggravated assault with a dangerous weapon. (CR1: 29[1]). The jury assessed punishment at 40 years'

---

[1] CR1 refers to the District Court Clerk's record in F06-68662.

imprisonment. (CR1: 26, 29[2]). After filing an application for an 11.07 writ of habeas corpus with the Texas Court of Criminal Appeals, that Court issued an opinion on November 19, 2014 granting Appellant an appeal out of time. (CR1: 34-37). Appellant subsequently filed a timely notice of appeal. (CR1: 38).

In trial case number F06-62371, on May 10, 2010, Appellant was pled guilty to the indictment and was convicted in the 195th Judicial District Court in Dallas County, Texas of unlawful possession with intent to deliver cocaine, 4G. (CR2: 23[3]). The jury assessed punishment at 25 years' imprisonment. (CR2: 23, 29[4]). After filing an application for an 11.07 writ of habeas corpus with the Texas Court of Criminal Appeals, that Court issued an opinion on November 19, 2014 granting Appellant an appeal out of time. (CR2: 30-33). Appellant subsequently filed a timely notice of appeal. (CR2: 36).

## II.

The due date for Appellant's Brief is March 30, 2015.

## III.

---

[2] The trial court entered an order Nunc Pro Tunc correcting the judgment from twenty years to forty years. (CR1: 26).

[3] CR2 refers to the District Court Clerk's record in F06-62371.

[4] The trial court entered an order Nunc Pro Tunc correcting the judgment from forty years to twenty-five years. (CR2: 29).

Appellant requests an extension of time of thirty (30) days in which to file his Brief. One previous extension of time has been requested by Appellant.

**IV.**

Appellant submits that a reasonable explanation exists for this requested extension. Appellant relies on the following facts to reasonably explain why the brief has not yet been prepared and the need for an extension of time in which to file Appellant's Brief:

(1) The undersigned attorney filed a petition for discretionary review in cause number PD-1541-14 styled *Leonardo Geronimo Renteria Sanchez v. State of Texas* on December 18, 2014 pending in the Texas Court of Criminal Appeals, Austin, Texas.

(2) The undersigned attorney filed a brief in cause number 05-13-01710-CR styled *Errington Charles Hatch v. State of Texas* on January 31, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(3) The undersigned attorney filed a brief in cause number 08-14-00208-CR styled *Danielle Lozono v. State of Texas* on February 17, 2015 pending in the 8th District Court of Appeals, El Paso, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-00447/00448/00449/00450/00451-CR styled *Chason Matthew Oden v. State of Texas* on February 20, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(5) The undersigned attorney filed a brief on March 4, 2015 in cause number 05-14-00720-CR styled *Raymond Edwards III v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

(6) The undersigned attorney filed a brief in cause numbers 05-14-00331/00332/00333/00334-CR styled *Neko Boykin v. State of Texas* on March 13, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(7) The undersigned attorney filed a brief in cause numbers 05-14-00101-CR styled *Natalio Juarez, Jr. v. State of Texas* on March 20, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(8) The undersigned attorney is preparing a brief in cause numbers 05-14-01050-CR styled *Ronnie Creig Wilson v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

## V.

This Motion is not brought for purposes of delay but so that the appellate record can be read and evaluated, and so that the legal and factual

issues presented by the appellate record can be properly briefed and presented to this Court on Appellant's behalf.

WHEREFORE, Appellant requests this Court extend Appellant's deadline to file its brief to April 29, 2015.

Respectfully submitted,

/s/ *Nanette Hendrickson*

Lynn Pride Richardson
Chief Public Defender
Dallas County, TX

Nanette Hendrickson
Assistant Public Defender
Texas State Bar No. 24081423
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 653-3582 *(phone)*
(214) 653-3539 (*fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service at DCDAAppeals@dallascounty.org on March 27, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson